**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:25-cv-24987-JAL

GRACE BARCI,

Plaintiff,

vs.

TOURNEAU, LLC,

Defendant.
_________________________________/

**UNOPPOSED MOTION BY DEFENDANT FOR ONE WEEK ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, TOURNEAU, LLC ("Defendant"), by and through its undersigned counsel, hereby moves for a brief, one-week extension of time to respond to Plaintiff's Complaint filed against it in this matter, and in support thereof, it states:

1. Undersigned counsel was recently retained prior to removal of the case to this Court and is diligently investigating the facts and claims alleged, in order to prepare a good faith response to the Complaint, as required by the Federal Rules of Civil Procedure.

2. The response to Plaintiff's Complaint is currently due Tuesday, November 4, 2025. Undersigned counsel has attempted to make a good-faith response to the Complaint within the current deadline, but he is uncertain with regard to certain factual questions. Accordingly, undersigned counsel respectfully requests a brief, one week extension of time, up to and including Tuesday, November 11, 2025, to respond to Plaintiff's Complaint so that counsel for Defendant may confer with the Defendant on an expedited basis, duly investigate the allegations made in the Complaint, and formulate an appropriate response.

3. This request is not interposed for purposes of delaying or any other improper purpose. No party will be prejudiced by the brief extension herein requested.

**MEMORANDUM OF LAW**

Pursuant to Rule 6(b), Fed. R. Civ. P., the Court, in its discretion, may enlarge the period for an act to be done if the request is made before the expiration of the originally prescribed period. Here, this request is being made before expiration of the deadline to file a response to Plaintiff's Complaint, and good cause exists to extend the deadline since it is in the best interests of the parties to conserve resources by allowing each side time to formulate appropriate pleadings, fully reflecting all allegations and defenses, and thereby avoiding any delay caused by needless amendments to pleadings. Moreover, no party will be prejudiced by the requested brief extension of time.

**WHEREFORE**, Defendant respectfully requests an extension of time to respond to Plaintiff's Complaint up to and including November 11, 2025.

**Pre-Filing Conference Certification**

Pursuant to Local Rule 7.1(a)(3)Counsel for Defendant certifies that he has conferred with Plaintiff's counsel, who does not object to the relief requested herein.

Respectfully submitted this 4th day of November 2025.

***s/ Jose I. Leon***
Jose I. Leon, Esq.
Florida Bar No. 0958212
jleon@grsm.com
dsalinas@grsm.com
GORDON & REES
SCULLY MANSUKHANI
100 SE Second Street, Suite 3900
Miami, Florida 33131
Telephone: 305-428-5322
Facsimile: 877-644-6209
***Counsel for Defendant, TOURNEAU, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2025, I filed the foregoing document with the Clerk of the Court, by using the CM/ECF system, that will serve a true and correct copy by electronic notice on all counsel or parties of record listed on the Service List below.

***s/ Jose I. Leon***
Jose I. Leon, Esq.

**Service List**
Alberto Naranjo, Esq.
AN Law Firm, P.A.
7900 Oak Lane # 400
Miami Lakes, FL 33016-5888
Tel: (305) 942-8070
an@anlawfirm.com

***Counsel for Plaintiff***