**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-24987-CIV-LENARD/ELFENBEIN

**GRACE BARCI,**

Plaintiff,

V.

**TOURNEAU, LLC,**

Defendant.
_______________________________/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS OF PLAINTIFF'S COMPLAINT**

Plaintiff, GRACE BARCI, by and through undersigned counsel, respectfully moves this Honorable Court for an additional 7-day extension of time to file a response to DEFENDANT'S PARTIAL MOTION TO DISMISS OF PLAINTIFF'S COMPLAINT [DE 8], and in support thereof states as follows:

1. On or about November 11, 2025, Defendant TOURNEAU, LLC filed a Motion to Dismiss [DE 8].
2. Plaintiff's current deadline to respond is November 25, 2025.
3. Plaintiff respectfully requests an additional 7 days, up to and including December 2, 2025, to file her response to the Motion to Dismiss.
4. This extension is requested in good faith and not for purposes of delay. The additional time is necessary to allow counsel to address the issues properly due to unexpected medical appointments.

**LOCAL RULE 3.01(G) CERTIFICATION**

5. Undersigned counsel has conferred with counsel for Defendant, who has indicated that Defendant does not oppose the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed motion and extend the deadline to respond to Defendant's Motion to Dismiss to December 2, 2025, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Alberto Naranjo*
Alberto Naranjo, Esq.
AN LAW FIRM, P.A.
Florida Bar No. 92923
7900 Oak Lane #400
Miami Lakes, FL 33016
Tel: (305) 942-8070
Email: an@anlawfirm.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 25, 2025, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which provided notice of filing to all counsel of record and served the foregoing on the following parties:

AN LAW FIRM, P.A.
Alberto Naranjo, Esq.
7900 Oak Lance #400 AN Law
Miami Lakes, FL 33016
Tel: (305) 942-8070
Fax: (305) 328-3884
By: */s/Alberto Naranjo*
an@anlawfirm.com
*Counsel for Plaintiff*

Jose I. Leon, Esq.
Florida Bar No. 0958212
jleon@grsm.com
dsalinas@grsm.com
GORDON & REES
SCULLY MANSUKHANI
100 SE Second Street, Suite 3900
Miami, Florida 33131
Telephone: 305-428-5322
Facsimile: 877-644-6209
Counsel for Defendant, TOURNEAU, LLC